UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIN ZHANG et al.,<br>Plaintiffs,<br>v.<br>TODD BLANCHE et al.,<br>Defendants. | Case No. 2:26-cv-08824-SB-CTS<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

Plaintiffs filed their complaint against Defendants on August 10, 2026. On August 11, Plaintiffs served Defendants. *See* Dkt. Nos. 13–17. The Court granted Defendants' request for an extension of time to respond and set a November 6 deadline. Defendants have failed to timely respond, and Plaintiffs have not sought entry of default against Defendants. Plaintiffs are ORDERED TO SHOW CAUSE, in writing, no later than November 18, why their claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before November 18, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims.

The parties also failed to file a joint Rule 26(f) report by November 10 as ordered. But in light of this OSC, the Court continues the November 20 mandatory scheduling conference to December 4 at 8:30 a.m. in Courtroom 6C. Should Defendants appear and answer, the parties shall file their joint Rule 26(f) report, which must strictly comply with the Court's requirements at Dkt. No. 21, no later

than November 24. If default is entered against Defendants, the Court will vacate the mandatory scheduling conference at that time.

Date: November 12, 2026

Stanley Blumenfeld, Jr.
United States District Judge